UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG -1 PM 3: 47

LORETTA G. WHYTE
CLERK

VINCENT MARK CASTILLO     CIVIL ACTION

VERSUS     NO. 07-215

KATHLEEN BABINEAUX BLANCO, ET AL.     SECTION: "F"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal claims against the State of Louisiana, the Louisiana Parole Board, the Louisiana Department of Parole, the Louisiana Department of Public Safety and Corrections, the state officials and employees in their official capacities, the United States Postal Service, and the postmasters in their official capacities are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's remaining federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 31ST day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X /Dktd _____
___ CtRmDep _____
___ Doc. No _____